

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-25-00655-CR

**IN RE** Clarence **MCFARLIN** Jr.

Original Proceeding[1]

PER CURIAM

Sitting:      Adrian A. Spears II, Justice
               H. Todd McCray, Justice
               Velia J. Meza, Justice

Delivered and Filed: October 29, 2025

PETITION FOR WRIT OF MANDAMUS DENIED

On October 13, 2025, relator filed a petition for writ of mandamus. Relator did not request a stay of proceedings in the underlying matter but does challenge the legitimacy of a competency jury trial scheduled for October 15, 2025. Relator's petition indicates that he has not attempted service of the petition for writ of mandamus on any interested parties. After considering the petition and the record, this court concludes that relator is not entitled to the relief sought. Accordingly, the petition for writ of mandamus is denied. *See* TEX. R. APP. P. 52.8(a).

PER CURIAM

DO NOT PUBLISH

---

[1]This proceeding arises out of Cause No. DC-2024-CR-6185, styled *The State of Texas v. Clarence McFarlin Jr.*, pending in the 227th Judicial District Court, Bexar County, Texas, the Honorable Christine Del Prado presiding.